Steve RUSS, Plaintiff-Appellant,

v.

M/V IRA and Zim Israel Navigation Co., Ltd., et al., Defendants,

Mira Compania Naviera, S. A.,

and

Stravelakis Bros., Co., Ltd., Defendants-Appellees.

No. 72-2092.

United States Court of Appeals,
Fifth Circuit.

Nov. 30, 1972.

Charles R. Lipcon, Donald Feldman, Miami, Fla., for plaintiff-appellant.

Smathers & Thompson, Mercer K. Clarke, Fowler, White, Humkey, Burnett, Hurley & Banick, Cromwell A. Anderson, Miami, Fla., for defendants and defendants-appellees.

Before JOHN R. BROWN, Chief Judge, and MOORE * and RONEY, Circuit Judges.

PER CURIAM:

The Order setting aside an earlier default judgment is not appealable, and the appeal is dismissed. Treating the matter as one seeking mandamus or other peremptory writ, there was no abuse of discretion, and such relief is denied.

* Hon. Leonard P. Moore, of the Second Circuit, sitting by designation.

OIL WELL COMPANY, Plaintiff-Appellant,

v.

ALABAMA STATE DEPARTMENT OF REVENUE et al., Defendants-Appellees.

No. 72-1312
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 1972.

John B. Scott, Jr., Carl E. Bolch, Jr., Montgomery, Ala., for plaintiff-appellant.

William J. Baxley, Atty. Gen. of Ala., William W. Livingston, Counsel, William H. Burton, Asst. Counsel, Dept. of Revenue and Asst. Atty. Gen., Montgomery, Ala., for defendants-appellees.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of the court's order and judgment reported at 350 F.Supp. 416 (M.D.Ala.1971).

Affirmed.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.